FILED
MAY 29 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR1732-H |
|---|---|---|
| Plaintiff, | ) | **I N F O R M A T I O N** |
| v. | ) | Title 18, U.S.C., Sec. 911 - False Claim to United States Citizenship (Felony) |
| JUAN CARLOS LUNA, | ) | |
| Defendant. | ) | |

The United States Attorney charges:

On or about October 1, 2005, within the Southern District of California, defendant JUAN CARLOS LUNA, did falsely and willfully represent to an officer of the U.S. Department of Homeland Security, a person having good reason to inquire into the nationality status of the defendant, that he was a citizen of the United States whereas, in truth or fact, as the defendant then and there well knew, he was not a citizen of the United States; in violation of Title 18, United States Code, Section 911.

DATED: May 29, 2008.

KAREN P. HEWITT
UNITED STATES ATTORNEY

*[signature]*
CHARLOTTE E. KAISER
Assistant U.S. Attorney