AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

FILED
MAY 29 2008

| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
|---|---|
| v. | |
| JUAN CARLOS LUNA | 08CR1732-H<br>CASE NUMBER: 08MJ1086 |

I, JUAN CARLOS LUNA, the above named defendant, who is accused of:

Title 18, U.S.C., Sec. 911 - False Claim to United States Citizenship (Felony),

being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on <u>May 29, 2008</u> prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X _____
JUAN CARLOS LUNA
Defendant

_____
MARK A. CHAMBERS
Counsel for Defendant

Before _____
JUDICIAL OFFICER