1  KAREN P. HEWITT
   United States Attorney
2  CHARLOTTE E. KAISER
   Assistant United States Attorney
3  California State Bar No. 256356
   United States Attorney's Office
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  619-557-7031 (Telephone)/619-557-5551 (Fax)
   Email: charlotte.kaiser@usdoj.gov
6
   Attorneys for Plaintiff
7  United States of America

8                    UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,        )    Criminal Case No. 08CR1732-H
                                     )
11               Plaintiff,          )
                                     )    NOTICE OF APPEARANCE
12          v.                       )
                                     )
13  JUAN CARLOS LUNA,                )
                                     )
14               Defendant.          )
                                     )
15  ──────────────────────────────────

16  TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

17         I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

18  I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

19         The following government attorneys (who are admitted to practice in this court or authorized

20  to practice under CivLR 83.3.c.3-4) are associated with this case, should be listed as lead counsel for

21  CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case:

22         None.

23         Effective this date, the following attorneys are no longer associated with this case and should

24  not receive any further Notices of Electronic Filings relating to activity in this case:

25         U.S. Attorney CR.

26         Please feel free to call me if you have any questions about this notice.

27         DATED:  August 26, 2008.

28                                        KAREN P. HEWITT
                                          United States Attorney

                                          /s/Charlotte E. Kaiser
                                          CHARLOTTE E. KAISER
                                          Assistant United States Attorney

1

2

3                              UNITED STATES DISTRICT COURT

4                             SOUTHERN DISTRICT OF CALIFORNIA

5    UNITED STATES OF AMERICA,          )        Criminal Case No. 08CR1732-H
                                        )
6                    Plaintiff,         )
                                        )        CERTIFICATE OF SERVICE
7              v.                        )
                                        )
8    JUAN CARLOS LUNA,                   )
                                        )
9                    Defendant.          )
     _____)

10

11   IT IS HEREBY CERTIFIED THAT:

12          I, Charlotte E. Kaiser, am a citizen of the United States and am at least eighteen years of age.

13   My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

14          I am not a party to the above-entitled action. I have caused service of the Notice of Appearance

15   as lead counsel for the United States, dated August 26, 2008, and this Certificate of Service, dated

16   August 26, 2008, on the following party by electronically filing the foregoing with the Clerk of the U.S.

17   District Court for the Southern District of California using its ECF System, which electronically notifies:

18          Mark Chambers, Attorney for Defendant

19          I declare under penalty of perjury that the foregoing is true and correct.

20          EXECUTED on August 26, 2008.

21                                               /s/Charlotte E. Kaiser
                                                 CHARLOTTE E. KAISER
22                                               Assistant United States Attorney

23

24

25

26

27

28