1  MARK A. CHAMBERS (#98933)
   Attorney at Law
2  345 West Ninth Avenue, Suite 200
   Escondido, CA 92025
3  Telephone: (760) 489-1808
   Fax:       (760) 489-0225
4  Attorney for Defendant
   Juan Carlos Luna
5

6

7              UNITED STATES DISTRICT COURT

8            SOUTHERN DISTRICT OF CALIFORNIA

9              (HONORABLE MARILYN L. HUFF)

10

11 | UNITED STATES OF AMERICA,         CASE NO. 08-CR-1732-001-H

12 |     Plaintiff,                    NOTICE OF WITHDRAWAL OF
                                       DOCUMENTS
13 |     vs.

14 | JUAN CARLOS LUNA,

15 |     Defendant

16 TO: KAREN P. HEWITT, UNITED STATES ATTORNEY, CHARLOTTE KAISER,

17 ASSISTANT U.S. ATTORNEY AND NAOMI L. STALBAUM, UNITED STATES

18 PROBATION OFFICER.

19     JUAN CARLOS LUNA, the defendant, hereby withdraws Documents No. 24,

20 24-1 and 24-2.

21

22 Dated: September 8, 2008         Respectfully submitted,

23

24                                  /s/ Mark A. Chambers
                                    Mark A. Chambers
25                                  Attorney for Defendant
                                    JUAN CARLOS LUNA
26

27

28
                                    1
USA v. LUNA
Case No. 08-CR-1732-001-H

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 08-CR-1732-001-H |
| Plaintiff, | **CERTIFICATE OF SERVICE BY ECF** |
| vs. | |
| JUAN CARLOS LUNA, | |
| Defendant. | |

I, Mark A. Chambers, declare as follows:

I am over eighteen years of age and not a party to the within action; my business address is 345 West Ninth Avenue, Suite 200, Escondido, San Diego County, California; I am employed in San Diego County, California.

I am not a party to the above entitled action.

I hereby caused service of the NOTICE OF WITHDRAWAL OF DOCUMENTS;

on the following parties by Electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

(1)  Charlotte Kaiser, Assistant United States Attorney;

(2)  Naomi L. Stalbaum, United States Probation Officer.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on September 8, 2008.

/s/ Mark A. Chambers_____

1

USA vs. GUTIERERZ-BORBON
Case No. 08-CR-2180-L